# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **GREGORY W. DODL,** | ) |
| Petitioner, | ) Case No. 7:23CV00032 |
| v. | ) **OPINION** |
| **V. R. YOUNCE, WARDEN,** | ) Judge James P. Jones |
| Respondent. | ) |

*Gregory W. Dodl, pro se Petitioner.*

The petitioner, a Virginia inmate serving a life sentence imposed by a Virginia court, has filed a Petition seeking relief under 18 U.S.C. § 3582(c)(1). However, the relief petitioner seeks — compassionate release or modification of his sentence — is applicable only to federal inmates. A federal court lacks the power to grant the relief the petitioner seeks.

For these reasons, the Petition will be dismissed. Because he has not made a substantial showing of the denial of a constitutional right and reasonable jurists would not find the court's procedural ruling to be debatable or wrong, a Certificate of Appealability is denied. A separate final order will be entered herewith.

DATED: February 22, 2023

/s/ James P. Jones
Senior United States District Judge